UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN LOPEZ-LARA, Petitioner, | § § § | |
| v. | § § § | Civil Action No. 1:15-cv-197 (Criminal No. 1:12-cr-903-1) |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before this Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 16) in the above-referenced civil action. No objections were filed. After a *de novo* review of the record, the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that the "United States' Motion for Summary Judgment and Memorandum in Response to § 2255 Motion" (Docket No. 15) is hereby **GRANTED**. Therefore, Petitioner's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Docket No. 1) is hereby **DISMISSED** and this Court **DECLINES** to issue a Certificate of Appealability.

The Clerk of the Court is hereby **ORDERED** to close the case.

Signed on this 12th day of March, 2018.

Rolando Olvera
United States District Judge